**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6513**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

    v.

EMANUEL AQUINO,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:04-cr-00285-CMH-1)

Submitted:  July 21, 2020                        Decided:  July 24, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emanuel Aquino, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emanuel Aquino appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (2018). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Aquino's motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Aquino*, No. 1:04-cr-00285-CMH-1 (E.D. Va. filed Mar. 30, 2020; entered Mar. 31, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*